IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARCO PEREZ-CAMAS,              :
              Petitioner,     :
                        :
    v.                          :     **Civ. No. 26-5230**
                        :
**J.L. JAMISON**, *et al.*,      :
              Respondents.   :
                        :

## O R D E R

**AND NOW**, this 28th day of July, 2026, upon consideration of Marco Perez-Camas's Petition (Doc. No. 1) and the Government's Response (Doc. No. 3), it is hereby **ORDERED** that the Petition (Doc. No. 1) is **GRANTED IN PART** as follows:

1. **Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2)**, and instead may be detained, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).  See Demirel v. Federal Detention Ctr. Philadelphia, No. 25-5488, 2025 WL 3218243 (E.D. Pa. Nov. 18, 2025).  See also Kourouma v. Jamison, No. 26-182, 2026 WL 120208, at *2–3 (E.D. Pa. Jan. 15, 2026) (Marston, J.) ("The Third Circuit's opinion in Khalil . . . does not change the Court's conclusion.") (citing Khalil v. President, United States of America, Nos. 25-2162 and 25-2357, 2026 WL 111933 (3d Cir. Jan. 15, 2026)); Restrepo v. Jamison, No. 25-6518, 2026 WL 141803, at *5 (E.D. Pa. Jan. 2020, 2026) (Leeson, J.) (same).

2. All claims against Markwayne Mullin, Todd Blanche, the U.S. Department of Homeland Security, and the Executive Office for Immigration Review are **DISMISSED**.  See Demirel, No. 25-5488, 2025 WL 3218243, at *2.

2

3. **<u>On or before</u> August 4, 2026**, Respondents **shall provide** Petitioner with a **bond hearing in accordance with 8 U.S.C. § 1226(a)**.

4. Should the IJ deny bond, Respondents **shall provide** Petitioner the opportunity to appeal to the Board of Immigration Appeals.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

Paul S. Diamond, J.

2